**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JUAN FRANCISO AVILA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:24-cv-002956-E-BW** |
| | § | |
| **DIRECTOR, TDCJ-CID** | § | |
| | § | |
| **Respondent.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court (ECF No. 20).

Accordingly, Petitioner's Petition for Writ of Habeas Corpus is **DENIED with prejudice**.

**SO ORDERED** this **April 29, 2026**.

Ada Brown
UNITED STATES DISTRICT JUDGE